## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| MARGARET E. FLETCHER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 2:18-cv-00060-WTL-MPB |
| | ) |
| UNIVERSAL PROTECTION SERVICE, LLC a/k/a ALLIED UNIVERSAL SECURITY SERVICES, LLC, | ) ) ) ) |
| | ) |
| Defendant | ) |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff Margaret E. Fletcher by counsel, and moves the Court to dismiss the above captioned action, with prejudice, each party to bear its own costs and fees, on the basis that it has been fully settled and compromised.

Respectfully submitted,

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
HUNT, HASSLER, KONDRAS & MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
812-232-9691
812-234-2881 Fax
kondras@huntlawfirm.net

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**